No. 620. SOUTHERN CITIES DISTRIBUTING Co. *v.* CARTER ET AL. Jurisdictional statement submitted February 29, 1932. Decided March 14, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. Section 237(a), Judicial Code, as amended by the Act of February 13, 1925

(43 Stat. 936, 937); *Wabash R. Co.* v. *Flannigan,* 192 U. S. 29; *Erie R. Co.* v. *Solomon,* 237 U. S. 427; *C. A. King & Co.* v. *Horton,* 276 U. S. 600; *Bank of Indianola* v. *Miller,* 276 U. S. 605; *Roe* v. *Kansas,* 278 U. S. 191. The petition for writ of certiorari is denied. *Messrs. Wm. H. Arnold, Wm. H. Arnold, Jr.,* and *David C. Arnold* for. appellant. *Mr. Benjamin E. Carter* for appellees. ▮

No. —, original. EX PARTE POCONO PINES ASSEMBLY HOTELS Co. Submitted February 29, 1932.. Decided March 14, 1932. The motion for leave to file petition for writ of mandamus and/or prohibition is denied. *Mr. Hiram B. Calkins* for petitioner. *Solicitor General Thacher* for the United States.